UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM EDDINS, | ) | Case No: 2:23-cv-01493-ART-NJK |
| | ) | **ORDER GRANTING** |
| Plaintiff, | ) | **STIPULATION ~~AND ORDER~~ TO** |
| vs. | ) | **EXTEND TIME FOR DEFENDANT** |
| | ) | **TO ANSWER OR OTHERWISE** |
| B & B MERRITT REAL ESTATE, LLC, | ) | **RESPOND TO COMPLAINT** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by the Parties' counsel of record that Defendant B & B MERRITT REAL ESTATE, LLC ("Defendant") will have an extension of time, up to and including November 29, 2023, to file its answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).

The Parties are currently engaged in good-faith settlement negotiations. The Parties have agreed to extend the deadline for Defendant to file its responsive pleading to avoid further fees and costs as the Parties attempt to reach a resolution of this action.

**ORDER**

IT IS SO ORDERED.
Dated: November 7, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

- 1 -