# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

WILLIAM EDDINS,

     Plaintiff,

v.

B & B MERRITT REAL ESTATE, LLC,

     Defendant.

Case No. 2:23-cv-01493-ART-NJK

**ORDER**

[Docket No. 7]

Pending before the Court is a stipulation to extend time for Defendant to answer or otherwise respond to Plaintiff's complaint.  Docket No. 7.  For good cause shown, the stipulation is **GRANTED**.  Docket No. 7.  Defendant will have until December 15, 2023, to file a response pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: December 1, 2023

_____
Nancy J. Koppe
United States Magistrate Judge